**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR F. AVELAR,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>ATTORNEY GENERAL/SUPERIOR COURT,<br><br>　　　　　Respondent. | CASE NO. CV 10-09342 DDP (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 11, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE