O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR F. AVELAR, ) <br> ) <br>         Petitioner, ) <br> ) <br>    vs. ) <br> ) <br> ATTORNEY GENERAL/SUPERIOR ) <br> COURT, ) <br> ) <br>         Respondent. ) | CASE NO. CV 10-09342 DDP (RZ) <br><br> JUDGMENT |

       This matter came before the Court on the Petition of OMAR F. AVELAR, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

       IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 11, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE